UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-1399(DSD/RLE)

Jonthan Fredrick Dillard,

       Petitioner,

v.                                                              **ORDER**

The United States,

       Respondent.


This matter is before the court upon petitioner's objection to the report and recommendation of United States Magistrate Judge Raymond L. Erickson, dated July 29, 2005. In his report, the magistrate judge concluded that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 should be summarily dismissed.

The court reviews the reports and recommendations of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C). After a thorough review of the entire file and record, the court finds that the report and recommendation of the magistrate judge is well-reasoned and correctly disposes of petitioner's claims. Therefore, the court adopts the report and recommendation of the magistrate judge in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Doc. No. 1] is summarily dismissed.

    2.   Petitioner's motion for counsel [Doc. No. 2] is denied as moot.

    3.   Petitioner's application for leave to proceed in forma pauperis [Doc. No. 2] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 18, 2005

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court